JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-08725 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **AMANDA NUNEZ,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Amanda Nunez, individually and d/b/a Amanda's Barbershop, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant, Amanda Nunez, individually and d/b/a Amanda's Barbershop, shall pay the plaintiff, J & J Sports Productions, Inc., $2,200.00 in total damages.

///
///
///
///

Case 2:13-cv-08725-WDK-PLA Document 30 Filed 08/18/15 Page 2 of 2 Page ID #:206

1      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2  mail or by telefax or by email, copies of this Judgment on counsel for the
3  defendant or the pro se defendant in this matter.

Dated: August 18, 2015

_____
William Keller
United States District Judge

- 2 -